

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | § | |
|---|---|---|
| SANDERS OIL & GAS GP, LLC AND | | No. 08-13-00299-CV |
| SANDERS OIL & GAS, LTD., | § | |
| | | Appeal from the |
| Appellants, | § | |
| | | 112th District Court |
| V. | § | |
| | | of Reagan County, Texas |
| RIDGEWAY ELECTRIC, | § | |
| | | (TC# 1611) |
| Appellee. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the part of the judgment awarding damages against Sanders Oil & Gas GP LLC in the amount of $35,126.50. We therefore reverse that part of the judgment and render judgment that Appellee take-nothing on its breach of contract claim against Sanders Oil & Gas GP, LLC.

Further we delete the award of pre-judgment interest and remand the cause to the trial court for the limited purpose of determining the amount of pre-judgment interest. The remainder of the judgment is affirmed as modified.

We further order that Appellee recover from Appellants and their sureties, if any, *see* TEX.R.APP.P. 43.5, for performance on the judgment and all costs, both in this Court and the court below, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 11TH DAY OF FEBRUARY, 2015.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, J., and Ferguson, Judge
Ferguson, Judge (Sitting by Assignment)